**RUCKER, Movant, v. COMMONWEALTH OF KENTUCKY, Opposed.**

Court of Appeals of Kentucky.

May 18, 1937.

THOMAS D. SHUMATE and H. E. HAY for movant.

HUBERT MEREDITH, Attorney General, and JESSE K. LEWIS, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.

**PHILLIPS, Movant, v. STATON et al., Opposed.**

Court of Appeals of Kentucky.

May 21, 1937.

J. S. SHAVER for movant.

E. J. PICKLESIMER, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**WADDLE, Movant, v. MILLER et al., Opposed.**

Court of Appeals of Kentucky.

June 15, 1937.

BOND & BOND and JOHN W. CAUDILL for movant.

HILL & HOBSON, B. M. JAMES and W. C. GOBLE, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.